IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHELBY J. STRINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:10cv576-WHA |
| ) | |
| GUARDIAN CREDIT UNION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Defendant, WestJewel, Inc., d/b/a Lorch's Diamond Shop of Selma, Inc., having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the court:

1. That this case is DISMISSED without prejudice to the right of any party to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2. That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3. That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

4. That each party shall bear its own costs herein.

5. All Defendants now having been dismissed, the clerk is DIRECTED to close the file in this case.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this 29th day of September, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE